1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL TODD, | CASE NO. 25-cv-02519-JHC |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI et al., | |
| Respondent. | |

Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Dkt # 1.

The Court GRANTS the motion.

Dated this 11th day of December 2025.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1