UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CARL TODD, | ) | No. CV25-02519 |
| Petitioner, | ) | |
| v. | ) | ORDER APPOINTING COUNSEL |
| PAMELA BONDI, Attorney General of the United States *et al.*, | ) | |
| Respondents. | ) | |

This matter comes before the Court on Petitioner Carl Todd's Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. # 3. The motion, filed by the Federal Public Defender's Office, states that Petitioner does not have the financial resources to retain counsel as he is presently in custody, and that a signed affidavit regarding Petitioner's financial eligibility will be filed within 30 days. *Id.* at 2. Petitioner filed a timely Declaration and Application to Proceed in Forma Pauperis ("IFP") on December 10, 2025. Dkt. 1.

Having considered the motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS as follows:

(1) The Court is in receipt of Mr. Todd's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 2. Petitioner's IFP motion has been submitted. Dkt. 1. Because of the unique issues involved in this case, the interests of justice support the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel, Dkt. 3, is GRANTED.

ORDER APPOINTING COUNSEL
(*Todd v. Bondi, et al.*, CV25-02519) - 1

The Court APPOINTS the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to counsel for Respondents.

DONE this 11th day of December 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE