UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL TODD,<br><br>    Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States et al.,<br><br>    Respondents. | No. CV25-02519-JHC<br><br>TEMPORARY ORDER PREVENTING TRANSFER |

THE COURT has considered Petitioner's emergency motion to not be transferred out of this jurisdiction while his petition is pending. Dkt. # 11.

IT IS ORDERED that, until the Court orders otherwise, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility.

If Respondents oppose Petitioner's position that he should not be transferred out of this jurisdiction while his petition is pending, the Court ORDERS the Parties to meet and confer and present an agreed briefing schedule, or opposing schedules, in a joint motion.

DATED this 13th day of December, 2025.

                                                                                                       JOHN H. CHUN
                                                                                                      UNITED STATES DISTRICT JUDGE