UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL TODD,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>PAMELA BONDI *et al.*,[1]<br><br>　　　　　　Respondents. | Case No. 2:25-cv-02519-JHC<br><br>JOINT MOTION AND ORDER RE: BRIEFING SCHEDULE |

On December 13, 2025, this Court entered a temporary order preventing Petitioner's transfer or removal outside of this jurisdiction while his habeas petition is pending. Dkt. 12. The Court also directed that if Federal Respondents oppose Petitioner's position that he should not be transferred out of this jurisdiction while his petition is pending, the Parties should meet and confer and present an agreed briefing schedule, or opposing schedules, in a joint motion. *Id.*

Pursuant to that Order (Dkt. 12), and because Federal Respondents oppose Petitioner's position that he should not be transferred out of this jurisdiction, Petitioner and Federal Respondents submit this joint proposed briefing schedule for both the merits and the transfer

---

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

motion. The Parties conferred via telephone on December 16, 2025, as well as via email correspondence, and have agreed to the following briefing schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return and Opposition to the Emergency Motion for Order Preventing Transfer During Pendency of Petition | December 29, 2025 |
| Petitioner's Reply to Federal Respondents' Return and Opposition to the Emergency Motion for Order Preventing Transfer During Pendency of Petition | January 5, 2026 |

Accordingly, the Parties request the Court enter the proposed briefing schedule.

DATED this 18th day of December, 2025

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

s/ Jennifer Wong
JENNIFER WONG, CA No. 341634

s/ Alixandria K. Morris
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4073
Email:  jennifer.wong@usdoj.gov
Email:  alixandria.morris@usdoj.gov

*Attorneys for Federal Respondents*

s/ Ann Wagner
ANN WAGNER, WSBA No. 51352
Federal Public Defender's Office
1601 5th Avenue, Suite 700,
Westlake Center Office Tower,
Seattle, Washington 98101
Phone: 253-553-1100
Email: ann_wagner@fd.org

*Attorney for Petitioner*

I certify that this memorandum contains 193 words, in compliance with the Local Civil Rules.

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing according to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return and Opposition to the Emergency Motion for Order Preventing Transfer During Pendency of Petition | December 29, 2025 |
| Petitioner's Reply to Federal Respondents' Return and Opposition to the Emergency Motion for Order Preventing Transfer During Pendency of Petition | January 5, 2026 |

DATED this 19th day of December, 2025

_____
JOHN H. CHUN
United States District Judge